# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK S. OBERMEYER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78194

FILED

MAR 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of habeas corpus challenges a district court order granting a motion in limine to admit expert testimony regarding retrograde extrapolation in a criminal prosecution for driving under the influence causing death. Having reviewed the petition, we are not convinced that a writ of habeas corpus is available to challenge the respondent district court's pretrial evidentiary ruling. *See* NRS 34.360 ("Every person unlawfully committed, detained, confined or restrained of his or her liberty, under any pretense whatever, may prosecute a writ of habeas corpus to inquire into the cause of such imprisonment or restraint."); NRS 34.500 (setting forth grounds for discharge on writ of habeas corpus where "petitioner is in custody by virtue of process from any court of this State"); *cf. Kinsey v. Sheriff*, 94 Nev. 596, 584 P.2d 158 (1978) (observing

19-09978

that habeas corpus statutes do not permit "a pretrial challenge to an order denying a motion for discovery"). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Stefany Miley, District Judge
Mace J. Yampolsky, Ltd.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk